**SIGNED.**

Dated: February 24, 2010

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| CHARLES JOHN CROWELL and CHRISTA KAYE CROWELL, | No. 4:09-bk-07333-JMM |
| Debtors. | **MEMORANDUM DECISION** |

The Debtors presented a case for confirmation of their second amended Chapter 11 plan (DN 219) on February 23, 2010. The Debtors met each of the required elements of §§ 1129(a) and (b). Their plan can be confirmed as it appears feasible, and creditors are treated fairly and equitably.

Counsel noted a few changes, due to stipulations with certain classes of creditors. Those should be noted in the confirmation order to be prepared by the Debtors. Also, the confirmation order should include a summary of the final treatment accorded to all classes.

In addition, counsel should move expeditiously to conclude this case by filing for administrative expenses, and objecting to claims, if any.

The plan is confirmed

DATED AND SIGNED ABOVE.

1 | COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following:

2

3 | James McGuire, Attorney for Debtors

4 | Gerald O'Meara, Attorney for Decision One Mortgage

5 | Leonard J. McDonald, Attorney for Bank of America, Deutsche Bank, Saxon Mortgage

6 | Jonathan Ibsen, Attorney for Webster Bank

7 | Denise Faulk, Attorney for Arizona Department of Revenue

8 | Elizabeth Wilson, Attorney for IRS

9 | Charles Hyde, Attorney for J & J and A & A LLC

10 | Matthew Goldstein, Attorney for Apache Point 30 Lender, Sierra Vista 41 Lender

11 | Terry Bannon, Attorney for Cochise County

12 | Michael Plati, Co-counsel for Deutsche Bank

13 | Office of the U.S. Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28